**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:08CR182** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ANGEL PINEDA-SANTANA,** | ) | |
| **JOSE MEJIA,** | ) | |
| **ROBERT JONES,** | ) | |
| **OSCAR AVILA,** | ) | |
| **PEDRO SORIANO,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of Jose Mejia (Mejia) to extend time for the filing of pretrial motions (Filing No. 67). Mejia seeks an additional forty-five days from the previous extension of July 2, 2008. **See** Filing No. 40. Mejia's counsel represents that government's counsel has no objection to the motion. Mejia has filed an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. The motion will be granted in part and denied in part. Mejia will be given to August 1, 2008, in which to file pretrial motions. No further extensions will be granted. **This same extension will be granted to all of the co-defendants in this matter.**

**IT IS ORDERED:**

Defendant Mejia's motion for an extension of time (Filing No. 67) is granted in part and denied in part. **Mejia and all co-defendants** are given until **on or before August 1, 2008,** in which to file pretrial motions. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **June 30, 2008 and August 1, 2008**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 30th day of June, 2008.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge